UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ARAMIS SAUERS, on behalf of himself
and those similarly situated,

        Plaintiff,

vs.

CASE NO.: 6:17-cv-944-ORL-41-KRS

UNITED WATER RESTORATION
GROUP, INC., a Florida For Profit
Corporation,

        Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, ARAMIS SAUERS, and those similarly situated, by and through the undersigned attorney, sues the Defendant, UNITED WATER RESTORATION GROUP, INC., a Florida Corporation, and alleges:

1. Plaintiff, ARAMIS SAUERS, and those similarly situated, was an employee of Defendant and brings this action for unpaid overtime compensation, liquidated damages, and all other applicable relief under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) ("FLSA").

### General Allegations

2. Plaintiff, ARAMIS SAUERS was an hourly paid employee who worked at Defendants' property within the last three years in Volusia County, Florida.

3. Plaintiff, ARAMIS SAUERS, worked for Defendants as an hourly paid employee as a water and mold technician for an hourly rate of $12.50-$14.00 per hour.

4. Plaintiff, ARAMIS SAUERS, and those similarly situated, was a non-

1

exempt employee entitled to overtime pay for overtime hours worked.

5. Defendant, UNITED WATER RESTORATION GROUP, INC., is a Florida for profit Corporation that operates and conducts business in Volusia County, Florida and is therefore, within the jurisdiction of this Court.

6. Defendant, UNITED WATER RESTORATION GROUP, INC., is a full service restoration company specialized in water damage, flood, fire, storm, sewage and mold remediation. See www.UnitedWaterRestoration.com

7. This action is brought under the FLSA to recover from Defendants overtime compensation, liquidated damages, and reasonable attorneys' fees and costs.

8. This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1331 and the FLSA.

9. During Plaintiff's employment with Defendants, Defendant, UNITED WATER RESTORATION GROUP, INC., earned more than $500,000.00 per year in gross sales.

10. Defendant, UNITED WATER RESTORATION GROUP, INC., employed approximately fifty (50) employees and paid these employees plus earned a profit from their business.

11. During Plaintiff's employment, Defendant, UNITED WATER RESTORATION GROUP, INC., employed at least two employees who handled goods, materials and supplies which travelled in interstate commerce, water treatment chemicals, drills, de-humidifiers, scrubbers, and other items used to run the business.

12. Therefore, at all material times relevant to this action, Defendant,

UNITED WATER RESTORATION GROUP, INC., was an enterprise covered by the FLSA, and as defined by 29 U.S.C. §203(r) and 203(s).

13. Additionally, Plaintiff, ARAMIS SAUERS, was individually covered under the FLSA.

### FLSA Violations

14. At all times relevant to this action, Defendant failed to comply with the FLSA because Plaintiff, and those similarly situated, performed services for Defendant for which no provisions were made by Defendant to properly pay Plaintiff, and those similarly situated, for all overtime hours worked.

15. During his employment with Defendant, Plaintiff, and those similarly situated, was not paid time and one-half his regular rate of pay for all hours worked in excess of forty (40) per work week during one or more work weeks.

16. Based upon these above policies, Defendant has violated the FLSA by failing to pay complete overtime pay.

17. Upon information and belief, the records, to the extent any exist, concerning the number of hours worked and amounts paid to Plaintiff, and those similarly situated, are in the possession and custody of Defendant.

### COUNT I - RECOVERY OF OVERTIME COMPENSATION

18. Plaintiff reincorporates and readopts all allegations contained within Paragraphs 1-17 above as though stated fully herein.

19. Plaintiff, and those similarly situated, is/was entitled to be paid time and one-half his regular rate of pay for each hour worked in excess of forty (40) per work

week.

20. During his employment with Defendants, Plaintiff, and those similarly situated, worked overtime hours but was not paid time and one-half compensation for same.

21. Plaintiff, and those similarly situated, was paid his regular rate for all hours worked regardless of how many overtime hours were worked in the workweek.

22. Defendant has failed provide accurate overtime compensation for numerous pay periods.

23. Defendant did not have a good faith basis for their decision not to pay Plaintiff full overtime compensation.

24. In addition, Defendant failed to post the required informational listings for the Plaintiff and other employees pursuant to the FLSA.

25. As a result of Defendant's intentional, willful and unlawful acts in refusing to pay Plaintiff, and those similarly situated, time and one-half his regular rate of pay for each hour worked in excess of forty (40) per work week in one or more work week, Plaintiff, and those similarly situated, has suffered damages plus incurring reasonable attorneys' fees and costs.

26. As a result of Defendants' willful violation of the FLSA, Plaintiff, and those similarly situated, is entitled to liquidated damages.

27. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff, ARAMIS SAUERS demands judgment against Defendants for unpaid overtime compensation, liquidated damages, reasonable

attorneys' fees and costs incurred in this action, declaratory relief, and any and all further relief that this Court determines to be just and appropriate.

Dated this ____ day of May, 2017

_____
Matthew R. Gunter, Esq.
FBN 0077459
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:  (407) 420-1414
Facsimile:  (407) 867-4791
Email:      mgunter@forthepeople.com
Attorneys for Plaintiff