UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ARAMIS SAUERS,**

    **Plaintiff,**

**v.**       **Case No: 6:17-cv-944-Orl-41KRS**

**UNITED WATER RESTORATION GROUP, INC.,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Third Amended Joint Motion for Approval of Settlement (Doc. 14). United States Magistrate Judge Karla R. Spaulding issued a Report and Recommendation (Doc. 16), in which she recommends that the parties' motion be granted and that counsel be prohibited from withholding any portion of the amount payable to Plaintiff pursuant to a contingent fee agreement or otherwise.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Third Amended Joint Motion for Approval of Settlement (Doc. 14) is **GRANTED**, the parties' agreement is **APPROVED**, and this case is **DISMISSED with prejudice**.

3. Counsel is prohibited from withholding any portion of the amount payable to Plaintiff pursuant to a contingent fee agreement or otherwise.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 9, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record